NUMBER 13-03-196-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

________________________________________________________________


IN THE INTEREST OF C.M., A MINOR CHILD

________________________________________________________________


On appeal from the 93rd District Court

of Hidalgo County, Texas.

________________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Garza

Opinion Per Curiam



 Appellant, MARK MARTIN , perfected an appeal from a judgment entered by the 93rd District Court of Hidalgo County,
Texas, in cause number C-5350-92-B . After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that the issues made the basis of this appeal are now moot. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 5th day of June, 2003 .